UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DOMINIC C. SPADA, JR.**

V.                                    CIVIL ACTION NO. **04-12042-RCL**

**UNITED STATES**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of May 24, 2006, Judgment is hereby entered as follows: Judgment for the Respondent, United States of America dismissing this action.

May 25, 2006                                    /s/ Lisa M. Hourihan
                                                Deputy Clerk